NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENNETT REGULATOR GUARDS, INC.,**
*Appellant*

v.

**ATLANTA GAS LIGHT COMPANY,**
*Cross-Appellant*

---

2017-1555, -1626

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00826.

---

**ON MOTION**

---

**O R D E R**

Appellant moves for an extension of time, until 30 days after this court's ruling in *Wi-Fi One, LLC v. Broadcom Corp.,* No. 2015-1944, to file its opening brief. Alternatively, Appellant moves for a 60-day extension of time, until July 11, 2017, to file its opening brief. Appellant states that Cross-Appellant does not consent to an extension of time based on the results of *WiFi One v. Broadcom Corp.* but does consent to a 60-day extension of time.

2   BENNETT REGULATOR GUARDS, INC. v. ATLANTA GAS LIGHT
                                                  COMPANY

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellant's opening brief is due no later than July 11, 2017.

                              FOR THE COURT

                              /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court

s25